UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    EARL MCCLENDON  
    TRACY MCCLENDON  
    Debtor(s)

Case No. 11-27694

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/01/2011.

2) The plan was confirmed on 10/27/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/30/2012.

5) The case was dismissed on 05/11/2012.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,077.02.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,292.07 |
| Less amount refunded to debtor | $421.65 |

**NET RECEIPTS:** $3,870.42

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $168.54 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $168.54

Attorney fees paid and disclosed by debtor: $170.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA CHECKMATE | Unsecured | 1,609.15 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED MEDICAL IMAGING | Unsecured | 178.82 | NA | NA | 0.00 | 0.00 |
| ADVENTIST MIDWEST HEALTH | Unsecured | 1,375.94 | NA | NA | 0.00 | 0.00 |
| ALICE AND LOUIS JOHNSON | Unsecured | 4,256.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | 1,662.93 | 2,797.17 | 2,797.17 | 0.00 | 0.00 |
| BUR COL RECO | Unsecured | 1,101.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 5,206.00 | 6,392.54 | 6,392.54 | 0.00 | 0.00 |
| CBA COLLECTION BUREAU | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE BANK | Unsecured | 528.65 | NA | NA | 0.00 | 0.00 |
| CHASMCCARTHY | Unsecured | 1,870.00 | 1,869.81 | 1,869.81 | 0.00 | 0.00 |
| CHELA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHELA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHELA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHELA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHELA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHELA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| CNAC | Secured | 1,350.00 | 1,350.00 | 1,350.00 | 1,181.86 | 0.00 |
| COMCAST | Unsecured | 567.79 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 427.89 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 304.66 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COMED LEGAL REVENUE RECOVERY | Unsecured | 449.54 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 7,228.45 | 7,228.45 | 7,228.45 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 732.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 1,182.21 | 1,182.21 | 1,182.21 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 1,530.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Unsecured | 35.79 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Unsecured | 804.43 | NA | NA | 0.00 | 0.00 |
| FIRST REVENUE ASSURANCE | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION | Unsecured | 187.74 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES SPECIALTY FINANCE | Unsecured | 885.00 | NA | NA | 0.00 | 0.00 |
| H&F LAW | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF HEALTHC | Priority | 2,600.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF HEALTHC | Unsecured | 22,726.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | NA | 1,158.91 | 1,158.91 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 631.32 | 631.32 | 631.32 | 552.69 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,720.70 | 1,720.70 | 1,720.70 | 0.00 | 0.00 |
| JD BROWN CO | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 538.00 | 538.97 | 538.97 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 427.00 | 387.11 | 387.11 | 0.00 | 0.00 |
| JOLIET FURNITURE MART | Secured | 2,710.00 | 2,091.00 | 2,091.00 | 1,967.33 | 0.00 |
| JOLIET FURNITURE MART | Unsecured | NA | 619.29 | 619.29 | 0.00 | 0.00 |
| JOLIET FURNITURE MART | Unsecured | 1,952.00 | NA | NA | 0.00 | 0.00 |
| LOCKPORT DENTAL | Unsecured | 891.40 | NA | NA | 0.00 | 0.00 |
| LOCKPORT DENTAL | Unsecured | 958.47 | NA | NA | 0.00 | 0.00 |
| MARQUETTE BANK | Unsecured | 527.09 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 836.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 349.00 | 349.32 | 349.32 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 69.10 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 480.51 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,531.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 517.00 | 567.88 | 567.88 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,578.15 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| OPEN ADVANCE MRI ROUND LAKE | Unsecured | 75.34 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPEDIC GROUP | Unsecured | 56.33 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPEDIC GROUP | Unsecured | 60.26 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF ILLINOIS | Unsecured | NA | 1,488.48 | 1,488.48 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | 347.92 | 347.92 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 348.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 42.22 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 89.46 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 71.78 | 71.78 | 0.00 | 0.00 |
| ROMEOVILLE DENTAL CTR | Unsecured | 796.32 | NA | NA | 0.00 | 0.00 |
| SECURITY FIN | Unsecured | 405.00 | 405.00 | 405.00 | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | 1,437.00 | 1,804.00 | 1,804.00 | 0.00 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 78.22 | NA | NA | 0.00 | 0.00 |
| THE CHECK RECOVERY & VERIFICA | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 937.85 | NA | NA | 0.00 | 0.00 |
| TREMONT FINANCIAL | Unsecured | 236.96 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 388.26 | 388.26 | 388.26 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US CELLULAR | Unsecured | 687.36 | 846.60 | 846.60 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 256.51 | 118.21 | 118.21 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | NA | 328.49 | 328.49 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | NA | 372.59 | 372.59 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 17,804.00 | 14,262.09 | 14,262.09 | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 758.22 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 1,888.68 | 758.22 | 758.22 | 0.00 | 0.00 |
| VILLAGE OF ROMEOVILLE | Unsecured | 241.95 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY CIRCUIT CT CLERK | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY CIRCUIT CLER | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| WORKFORCE FINANCIAL | Unsecured | 996.17 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,981.32 | $1,734.55 | $0.00 |
| All Other Secured | $2,091.00 | $1,967.33 | $0.00 |
| **TOTAL SECURED:** | **$4,072.32** | **$3,701.88** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$46,004.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $168.54 |
| Disbursements to Creditors | $3,701.88 |
| **TOTAL DISBURSEMENTS:** | **$3,870.42** |

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/13/2012                           By: /s/ Glenn Stearns
                                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**